PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:00CR00568-01** |
| ) | |
| **JEREMIAH BRYANT OCH** ) | |
| ) | |

On March 9, 2001, Jeremiah Bryant Och was sentenced to 120 months in the Bureau of Prisons with a period of three years supervised release to follow. On May 31, 2006, this office was notified by Suzanne R. Hastings, Warden at United States Penitentiary, Big Sandy, that Jeremiah Och was confirmed dead. On February 8, 2007, a copy of the death certificate certified by Nabila Haikal on May 31, 2006, was received. It is accordingly recommended that this case be closed.

Respectfully submitted,

**Terri L. Wilkins
Supervising United States Probation Officer**

Dated:     February 21, 2007
           Sacramento, California

Re: **JEREMIAH BRYANT OCH**
 **Docket Number:  2:00CR00568-01**
 **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
 **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## ORDER OF COURT

It is ordered that the proceedings in this case be terminated and the case closed.

Dated:  March 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Attachment:    Notification
cc:    United States Attorney's Office
       FLU Unit - AUSA's Office
       Fiscal Clerk, Clerk's Office
       Restitution Accounts - Victims